UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| THE SAXON GROUP, INC., <br>     Plaintiff, <br><br> vs. <br><br> DUKE ENERGY, INC., FLUOR DANIEL, INC., and DUKE/FLUOR DANIEL, <br>     Defendants. | Case No. 3:01 CV 365-MU <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The undersigned parties to the above-described proceeding hereby stipulate, pursuant to Rule 41 of the Federal Rules of Civil Procedure, to the dismissal with prejudice of the above-described proceeding, including, but not limited to, any Complaint or any counterclaim made by any of the parties in the above-described proceeding. Each party shall bear its own attorneys fees and costs.

This 7th day of December, 2001.

_____
Steele B. Windle, III, NC Bar No. 10113
Counsel for Plaintiff, The Saxon Group, Inc.
Smith, Currie & Hancock LLP
1023 W. Morehead St., Ste. 301
Charlotte, NC 28208
Telephone – (704) 334-3459
Facsimile – (704) 334-7850

_____
Fred T. Lowrance, NC Bar No. 2808
Counsel for Defendants
Parker Poe Adams & Bernstein, LLP
Three First Union Center
401 South Tryon St., Suite 3000
Charlotte, NC 28202
Telephone – (704) 335-9012
Facsimile – (704) 334-4706